IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KIMBERLY WILKINSON,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**I.C. SYSTEMS, INC.,** )<br>)<br>**Defendant.** )<br>_____) | Case No. 09-2456-JAR |

### O R D E R

The Court has been advised by counsel that the parties have reached a bifurcated settlement agreement settling the merits of the case, but reserving the issue of reasonable attorney's fees (Doc. 37). The Court entered an order granting plaintiff's request for attorney's fees and costs on November 1, 2011 (Doc. 52), resolving the case in its entirety.

The clerk shall administratively terminate this action without prejudice. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties shall file a stipulation of dismissal signed by the parties, reserving any issues for appeal, if appropriate, on or before **December 2, 2011**. The parties may reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation. If no stipulation is received and the parties have not moved to reopen the case within the specified time, this order shall constitute the Court's entry of final judgment of dismissal with prejudice pursuant to Rule 41(a)(2).

**IT IS SO ORDERED.**

**Dated: November 2, 2011**

 S/ Julie A. Robinson
**JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE**